# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
OCT 20 2016

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 15CR1540-W |
| Plaintiff, | |
| vs. | |
| ROGER CARRILLO ROBLEDO, | JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE BOND AND RELEASE OF PASSPORT |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

Dated: 10/20/2016

Hon. Jill L. Burkhardt
United States Magistrate Judge